**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-1384**

———————

BARBARA R. WALKER,

Plaintiff - Appellant,

versus

CAROLINA POWER AND LIGHT COMPANY,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief District Judge.  (CA-98-72-5-BO)

———————

Submitted:  June 17, 1999          Decided:  June 22, 1999

———————

Before MURNAGHAN and TRAXLER, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Barbara R. Walker, Appellant Pro Se.  Thomas J. Manley, Maria Eugenia Hallas, HUNTON & WILLIAMS, Raleigh, North Carolina; Rosemary Gill Kenyon, CAROLINA POWER & LIGHT COMPANY, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Barbara Walker filed suit against Carolina Power and Light Company ("Carolina Power") alleging employment discrimination in violation of the Americans with Disabilities Act. She now appeals five district court orders: (1) denying her ex parte motion for the appointment of counsel; (2) scheduling discovery and trial; (3) denying her motion to amend her complaint and ordering her to comply with Defendant's discovery requests; (4) granting Defendant's motion to dismiss her complaint with prejudice pursuant to Fed. R. Civ. P. 37(b)(2)(C), (D); and (5) denying her motion for reconsideration.

We have reviewed the record in light of Walker's claims and the district court's orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Walker v. Carolina Power, No. CA-98-72-5-BO (June 2, 1998; June 11, 1998; Oct. 19, 1998; Jan. 11, 1999; and Feb. 23, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2